1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE A. ROJAS,                                No.  2:18-cv-1935 KJM AC P

12                       Plaintiff,

13          v.                                      ORDER

14    RIZENDINE, et al.,

15                       Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19    by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On May 25, 2021, the magistrate judge filed findings and recommendations, which were

21    served on plaintiff and which contained notice to plaintiff that any objections to the findings and

22    recommendations were to be filed within fourteen days.  ECF No. 18.  Plaintiff has not filed

23    objections to the findings and recommendations.

24          The court presumes that any findings of fact are correct.  *See Orand v. United States*,

25    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

26    de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

27    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

28    /////

                                                    1

1    . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

2    supported by the record and by the proper analysis.

3        Accordingly, IT IS HEREBY ORDERED that:

4        1.  The findings and recommendations filed May 25, 2021, ECF No. 18, are adopted in

5    full;

6        2.  The complaint is DISMISSED pursuant to 28 U.S.C. § 1915(a), without leave to

7    amend, for failure to state a claim on which relief can be granted; and

8        3.  This case is CLOSED.

9    DATED:  May 20, 2022.

                                CHIEF UNITED STATES DISTRICT JUDGE